# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**78**
**CAF 15-01211**
PRESENT: CARNI, J.P., LINDLEY, NEMOYER, TROUTMAN, AND SCUDDER, JJ.

---

IN THE MATTER OF SANDRA L. COUGHLIN,
PETITIONER-APPELLANT,

V                                              MEMORANDUM AND ORDER

KELLY J. COUGHLIN, RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

HOPPE & ASSOCIATES, INC., BUFFALO (BERNADETTE M. HOPPE OF COUNSEL),
FOR PETITIONER-APPELLANT.

DEBORAH J. SCINTA, ORCHARD PARK, FOR RESPONDENT-RESPONDENT.

DAVID E. BLACKLEY, ATTORNEY FOR THE CHILD, LOCKPORT.

---------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Erie County (Lisa Bloch Rodwin, J.), entered July 2, 2015 in a proceeding pursuant to Family Court Act article 6.  The order dismissed the petition seeking modification of the custody provisions in the judgment of divorce with prejudice.

It is hereby ORDERED that the order so appealed from is unanimously modified on the law by providing that the petition is dismissed without prejudice, and as modified the order is affirmed without costs.

Same memorandum as in *Matter of Coughlin v Coughlin* ([appeal No. 1] ___ AD3d ___ [Feb. 10, 2017]).

Entered:  February 10, 2017                    Frances E. Cafarell
                                               Clerk of the Court